

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00077-CV

| | | |
|---|---|---|
| McMahan's Flooring, Inc., Appellant/Cross-Appellee | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-323156-21) |
| v. | § | November 24, 2021 |
| Shelly Morrison and Steve Howe, Appellees, Cross-Appellant | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellant McMahan's Flooring, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
   Justice Mike Wallach